UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **CHARLENE MEIXNER,**<br><br>Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10, inclusive,**<br><br>Defendant. | Civil Action No.: 2:13-cv-0682-LPL<br><br>[Judge: Hon. Lisa Pupo Lenihan] |

## NOTICE OF SETTLEMENT

Plaintiff, CHARLENE MEIXNER, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: July 1, 2013

                                                           RESPECTFULLY SUBMITTED,

                                                           By: /s/ Peter Cozmyk
                                                           Peter Cozmyk (OBN: 0078862)
                                                           Cozmyk Law Offices, LLC
                                                           6100 Oak Tree Blvd.
                                                           Suite 200, Room #209
                                                           Independence, OH 44131
                                                           pcozmyk@hotmail.com
                                                           P: 440-292-7672
                                                           *Attorney for Plaintiff,*
                                                           *CHARLENE MEIXNER*

1