IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE MEIXNER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 13 - 682 |
| ) | |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| PERFORMANT RECOVERY, INC. ) | |
| and DOES 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed a Notice of Settlement (ECF No. [6]). The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this _____ day of July, 2013, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

Lisa Pupo Lenihan
Chief U. S. Magistrate Judge

cc:   All Counsel of Record.